## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF OHIO
## WESTERN DIVISION AT DAYTON

Sarah E. Jones,

                              *Plaintiff*,           **Case No. 3:15-cv-428**

v.                                          **District Judge Thomas M. Rose**

                                               **Magistrate Judge Michael J. Newman**

Nancy Berryhill,

       Acting Commissioner of Social Security,

                               *Defendant*.

---

**ENTRY AND ORDER ADOPTING REPORT AND RECOMMENDATIONS OF MAGISTRATE JUDGE MICHAEL J. NEWMAN (DOC. 13), OVERRULING DEFENDANT'S OBJECTIONS (DOC. 14), VACATING THE COMMISSIONER'S FINDING OF NON-DISABILITY; REMANDING PLAINTIFF'S APPLICATIONS FOR DISABILITY INSURANCE BENEFITS AND SUPPLEMENTAL SECURITY INCOME FILED ON JANUARY 1, 2008 TO THE SOCIAL SECURITY ADMINISTRATION FOR FURTHER PROCEEDINGS; AND TERMINATING THE INSTANT CASE.**

---

This matter comes before the Court pursuant to Objections (Doc. 14) to the Report and Recommendations of Magistrate Judge Michael J. Newman (Doc. 13) recommending that the Commissioner's non-disability finding be vacated and that Plaintiff's applications for Disability Insurance Benefits and Supplemental Security Income be remanded to the Social Security Administration for further proceedings.   Defendant filed a reply (Doc. 15) to the Objections.

The Court has reviewed the findings of the Magistrate Judge and, pursuant to 28 U.S.C. § 636(b) and Fed. R. Civ. P. 72(b), this Court has made a *de novo* review of the record in this case.   Upon consideration of the foregoing, the Court finds the Objections (Doc. 14) are not well-taken and are hereby **OVERRULED**.

The Court **ADOPTS** the Report and Recommendations (Doc. 13) in its entirety.   The Commissioner's non-disability finding is hereby **VACATED**.   Plaintiff's applications for Disability Insurance Benefits and Supplemental Security Income filed on January 1, 2008 is **REMANDED** to the Social Security Administration for further proceedings consistent with the Report and Recommendation.   The instant case is **TERMINATED** on the docket of the United States District Court for the Southern District of Ohio, Western District at Dayton.

**DONE** and **ORDERED** this Friday, March 31, 2017.


**s/THOMAS M. ROSE**

_____

THOMAS M. ROSE
UNITED STATES DISTRICT JUDGE